### 13355. MALLARD *v.* THE STATE.

LUKE, J. 1. "A person under the age of ten years is incapable of committing any criminal offense. Penal Code, § 34. A person between the ages of ten and fourteen years cannot be lawfully convicted of a crime or misdemeanor, unless it appears from the evidence that he was capax doli, and the burden of proving that he was so rests upon the State. Penal Code, § 33, and cases cited." *Ford* v. *State*, 100 *Ga.* 63 (1) (25 S. E. 845).

2. Under the foregoing ruling and the facts of the instant case, the verdict of guilty was contrary to law and the evidence.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 10, 1922.

Indictment for larceny of hog; from Miller superior court — Judge Worrill. January 21, 1922.

*William I. Geer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.